IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06CV977-MES |
| MANIFOLD CONSTRUCTION, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

NOTICE OF DISMISSAL

Comes now the Plaintiff and hereby gives notice of this Dismissal of Defendants C.S. Whittelsey, III and Melissa Manifold, without prejudice.

/s/ Christopher Lyle McIlwain
Christopher Lyle McIlwain (MCI-002)
Attorney for Plaintiff
Ohio Casualty Insurance Company

**OF COUNSEL:**

HUBBARD, SMITH, McILWAIN,
 BRAKEFIELD & BROWDER, P. C.
808 Lurleen Wallace Blvd., N.
P. O. Box 2427
Tuscaloosa, AL  35403
Telephone: (205) 345-6789