| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anne Whittelsey_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Anne Whittelsey   C. Date of Delivery: 11-15-06 |
| 1. Article Addressed to:<br><br>CS Whittelsey, IV<br>298 Windy Hill Road<br>Opelika, Al. 36830 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:06cv977-mcf<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 1605 4937 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anne Whittelsey_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Anne Whittelsey   C. Date of Delivery: 11-15-06 |
| 1. Article Addressed to:<br><br>Whittelsey Properties, Inc.<br>c/o C.S. Whittelsey, IV<br>298 Windy Hill Road<br>Opelika, Al. 36830 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:06cv977-mcf<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 1605 4920 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540