IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-977-MEF |
| ) | |
| MANIFOLD CONSTRUCTION, L.L.C., ) *et al.,* ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motions to Dismiss (Doc. #9 & #10) filed on December 4, 2006, it is hereby ORDERED that:

1.  The plaintiff file a response which shall include a brief and any evidentiary materials on or before December 20, 2006.

2.  The defendants may file a reply brief on or before December 29, 2006.

DONE this the 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE