IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MANIFOLD CONSTRUCTION, ) <br> LLC, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 3:06CV977-MEF |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO POSTPONE FILING
DEADLINE FOR PLANNING MEETING REPORT**

Comes now the Plaintiff and in response to the Defendants' Motion (Document 15) states as follows:

1. Plaintiff does not oppose the Motion to postpone the filing deadline for the planning meeting report in order to permit the Court to have sufficient time to consider the pending Motions to Dismiss.

2. However, for the reasons stated in its reply to the Defendants' Motions to Dismiss, the Plaintiff submits that said Motions are due to be denied.

*s/ Christopher Lyle McIlwain*
Christopher Lyle McIlwain (MCI-002)
Attorney for Plaintiff
Ohio Casualty Insurance Company

**OF COUNSEL:**

HUBBARD, SMITH, McILWAIN,
 BRAKEFIELD & BROWDER, P. C.
808 Lurleen Wallace Blvd., N.
P. O. Box 2427
Tuscaloosa, AL  35403
Telephone: (205) 345-6789

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

*s/ Christopher Lyle McIlwain*