IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MANIFOLD CONSTRUCTION, L.L.C., )<br>*et al.,* )<br>)<br>Defendants. ) | CASE NO. 3:06-cv-977-MEF |

## **O R D E R**

Upon consideration of the defendants' Motion to Continue the Time for Filing of the Report of Parties' Planning Meeting (Doc. #15) filed on January 23, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 25th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE