**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

March 5, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Ohio Casualty Insurance Company v. Manifold Construction, L.L.C. et al

Case Number:   3:06cv00977-MEF

This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include a certificate of service.

The correct PDF document is attached to this notice for your review.   Reference is made to document #19   filed on   March 2, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:06CV977-MEF ) |
| MANIFOLD CONSTRUCTION, LLC, et al., | ) ) ) |
| Defendants. | ) |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   There are no entities to be reported.

- or -

The following entities are hereby reported:

Ohio Casualty Corporation
West American Insurance Company
American Fire Insurance Company
Farmers Security Company
Ohio Security Insurance Company

March 2, 2007                                    Signature  /s/
Date                                             Counsel

Ohio Casualty Insurance Company
Counsel for (print names of all parties)

P. O. Box 2427, Tuscaloosa, Alabama  35403
Address, City, State, Zip Code

(205) 345-6789
Telephone Number

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

_____