IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:06-cv-977-MEF |
| ) | |
| MANIFOLD CONSTRUCTION, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COME NOW the Defendants, Manifold Construction, LLC and Jack Manifold, and in accordance with the order of this Court, counsel for said parties do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  There are no entities to be reported.

Respectfully submitted this the 26th day of July 2007.

DAVIS & MCLAUGHLIN


      /s/ James D. McLaughlin
BY:   James D. McLaughlin  (MCL027)
      E-mail: jmclaughlin@dmlawoffice.com
      Attorneys for Defendants
      324 East Magnolia Avenue
      Auburn, AL  36830
      Tel.:   (334) 821-1908
      Fax:   (334) 821-6335

1

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 26th day of July, 2007.

Christopher Lyle McIlwain
HUBBARD, SMITH, MCILWAIN, BAKERFILED & BROWDER, P.C.
Post Office Box 2427
Tuscaloosa, Alabama 35403

Bradley J. Smith
CLARK, DOLAN, MORSE, ONCALE & HAIR, P.C.
800 Shades Creek Parkway
Suite 850
Birmingham, Alabama 35209

Davis B. Whittelsey
Robert G. Poole
WHITTELSEY, WHITTELSEY & POOLE, P.C.
Post Office Box 106
Opelika, Alabama 36803-0106

                                             /s/ James D. McLaughlin
                                             JAMES D. MCLAUGHLIN