IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 3:06CV977-MEF |
| v. ) ) | |
| MANIFOLD CONSTRUCTION, LLC, et al., ) ) ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on July 26, 2007, and was conducted by:

    Christopher Lyle McIlwain, on behalf of Plaintiff

    James D. McLaughlin on behalf of Defendants Manifold Construction, LLC and Jack Manifold

    Davis B. Whittelsey and Robert G. Poole on behalf of Defendants Whittelsey Properties, Inc. and C.S. Whittelsey, IV

2. Pre-Discovery Disclosures. The parties have agreed to exchange the information required by FRCP 26(a)(1) by August 15, 2007.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects: Plaintiff's claims and all

defenses asserted by Defendants.

All discovery shall be commenced in time to be completed by March 21, 2008.

Plaintiff and Defendants request a maximum of ten (10) depositions each by the parties. All other discovery shall be conducted according to the Rules of Federal Procedure.

4. Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by November 1, 2007.

From Defendants by January 7, 2008.

5. Other Items.

The parties should be allowed until September 28, 2007, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by April 30, 2008.

Settlement cannot be realistically evaluated prior to some discovery.

The usefulness of Alternative Dispute Resolution cannot be evaluated prior to some discovery.

The parties request a final pretrial conference.

Final lists of trial exhibits and witnesses under Rule 26(a)(3) should be due thirty (30) days before trial.

The parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by August, 2008, and at this time is expected to take approximately 3 days.

/s/ Christopher Lyle McIlwain
Christopher Lyle McIlwain
Attorney Code: MCILC 3043
State Code: MCI-002
Attorney for Plaintiff
Ohio Casualty Insurance Company

**OF COUNSEL:**

HUBBARD, SMITH, McILWAIN,
  BRAKEFIELD & BROWDER, P. C.
808 Lurleen Wallace Blvd., N.
P. O. Box 2427
Tuscaloosa, AL 35403
Telephone: (205) 345-6789
E-Mail: cmcilwain@hsmbb.com

/s/ James D. McLaughlin
James D. McLaughlin
Attorney for Defendants Manifold
Construction, LLC and Jack Manifold

**OF COUNSEL:**

Davis & McLaughlin
324 E. Magnolia Avenue
Auburn, AL 36830
Telephone: (334) 821-1908
E-Mail: jmclaughlin@dmlawoffice.com


/s/ Davis B. Whittelsey
Davis B. Whittelsey
Robert G. Poole
Attorneys for Defendants Whittelsey
Properties, Inc. and C.S. Whittelsey

**OF COUNSEL:**

Whittelsey, Whittelsey & Poole, P.C.
P. O. Box 106
Opelika, AL 36803-0106
Telephone: (334) 745-7766
E-Mail: whittelseypoole@yahoo.com
        bpoole@wwp-law.com