IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06CV977-MEF |
| MANIFOLD CONSTRUCTION, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

**REPLY TO COUNTERCLAIM**

Comes now the Plaintiff and, in Reply to the Counterclaim of Defendants Manifold Construction, LLC, and Jack Manifold, states as follows:

**FIRST DEFENSE**

1. It admits the allegations contained in paragraphs 1, 2, 3 (but only that the State case was filed in Circuit Court), 4, 5, 6, 7, 8 (but only that the parties engaged in mediation), 11, 12, 13 and 14 of the Counterclaim.

2. It denies the remaining allegations.

**SECOND DEFENSE**

1. It pleads the failure and breach of conditions.

## THIRD DEFENSE

1. It pleads waiver and estoppel.

## FOURTH DEFENSE

1. It pleads a material breach.

## FIFTH DEFENSE

1. It pleads the applicable statutes of limitation.

## SIXTH DEFENSE

1. It pleads payment.

## SEVENTH DEFENSE

1. It pleads contributory negligence.

## EIGHTH DEFENSE

1. It pleads the unconstitutionality of the procedures of awarding punitive damages, and any amounts awarded based on those procedures.

/s/ Christopher Lyle McIlwain, Sr.
Christopher Lyle McIlwain, Sr.
Attorney Code: MCILC 3043
State Code: MCI-002
Attorney for Plaintiff
Ohio Casualty Insurance Company

**OF COUNSEL:**

HUBBARD, SMITH, McILWAIN,
 BRAKEFIELD & BROWDER, P. C.
808 Lurleen Wallace Blvd., N.
P. O. Box 2427
Tuscaloosa, AL  35403
Telephone: (205) 345-6789

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

                                               *s/ Christopher Lyle McIlwain, Sr.*
                                               Of Counsel