IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:06-cv-977-MEF |
| MANIFOLD CONSTRUCTION, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is Plaintiff's *Motion for Extension of Time to File Discovery Responses* (Doc. 31, filed August 28, 2007) and Defendants' *Response to Plaintiff's Motion for Extension of Time to File Discovery Responses* (Doc. 32, filed August 28, 2007). Upon review of the motion and response, it is, for good cause,

**ORDERED** the *Motion for Extension of Time to File Discovery Responses* (Doc. 31) is **GRANTED**. Plaintiff is reminded that it is the Court's policy that discovery issues should first be discussed with opposing counsel prior to filing a motion with the Court. *See* Doc. 29, Uniform Scheduling Order § 9. In the future, any such motions filed without having first consulted opposing counsel will be denied outright.

DONE this 30th day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE