IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MANIFORD CONSTRUCTION, LLC, )<br>*et al.,* )<br>)<br>Defendants. ) | CASE NO. 3:06-cv-977-MEF |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss or, in the Alternative, Motion to Stay all Proceedings or, in the Second Alternative, Motion for Protective Order or, in the Third Alternative, Motion for Discovery Conference (Doc. #34) filed on September 10, 2007, it is hereby ORDERED:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before September 20, 2007.

2. The defendants may file a reply brief on or before September 24, 2007.

DONE this the 13th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE