IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:06-cv-977-MEF |
| MANIFOLD CONSTRUCTION, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Plaintiff's *Motion to Compel* (Doc. 37, filed September 20, 2007), it is **ORDERED** that Defendants Whittelsey Properties, Inc. and C.S. Whittelsey, IV file a response to this motion on or before **September 27, 2007**.

DONE this 20th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE