IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANIFOLD CONSTRUCTION, LLC, et al., )<br>)<br>Defendants. ) | Civil Action No. 3:06-cv-977-MEF |

## MOTION TO STRIKE

COME NOW the Defendants, Whittelsey Properties, Inc. and C.S. Whittelsey, IV (collectively referred to herein sometimes as "Whittelsey"), and move this Honorable Court to strike Plaintiff's response to Whittelsey's reply brief (Doc. #40), and as grounds therefore, state as follows:

1. On the 10th day of September, 2007, due to certain disputes arising over discovery, Whittelsey filed their motion to dismiss or, in the alternative, motion to stay proceedings or, in the second alternative, motion for protective order or, in the third alternative, motion to set discovery conference (Doc. #34).

2. On the 13th day of September, 2007, this Honorable Court issued its order (Doc. #36) directing Plaintiff to respond to Whittelsey's motion "on or before September 20, 2007." (Doc. #36, ¶ 1). Said order further allowed Whittelsey to file a reply on or before September 24, 2007.

3. On the 21st day of September, 2007, Plaintiff filed its reply memorandum to Whittelsey's motion and memorandum in support of motion to compel. (Doc. #39).

4. On the 24th day of September, 2007, Whittelsey filed its reply brief. (Doc. #40).

- 1 -

5. On the 25th day of September, 2007, Plaintiff filed a response to Whittelsey's reply brief. (Doc. #41).

6. Pursuant to Fed.R.Civ.P. Rule 12(f), upon motion of a party, this Honorable Court may strike a portion of a pleading for various reasons including redundant, immaterial or impertinent matters.

7. Plaintiff filed an initial response beyond the time allowed by this Honorable Court's order (Doc. #36). Plaintiff's additional response (Doc. #41) offers nothing new, it is redundant, immaterial and/or impertinent. Furthermore, Plaintiff's additional response was filed outside of the permission of this Honorable Court.

WHEREFORE, Whittelsey prays this Honorable Court will strike the entirety of Plaintiff's additional response (Doc. #41) or, in the alternative, allow Whittelsey additional time to respond to said additional response.

Respectfully submitted this the 25th day of September, 2007.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

BY: /s/ Davis B. Whittelsey
DAVIS B. WHITTELSEY (WHI067)
E-mail:dwhittelsey@wwp-law.com

BY: /s/ Robert G. Poole
ROBERT G. POOLE (POO014)
E-mail:bpoole@wwp-law.com
Attorneys for Defendants
Post Office Box 106
Opelika, Alabama 36803-0106
Tel.: (334) 745-7766
Fax: (334) 745-7666

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 25th day of September, 2007.

Christopher Lyle McIlwain  
HUBBARD, SMITH, MCILWAIN, BAKERFILED & BROWDER, P.C.  
Post Office Box 2427  
Tuscaloosa, Alabama 35403  

Bradley J. Smith  
CLARK, DOLAN, MORSE, ONCALE & HAIR, P.C.  
800 Shades Creek Parkway, Suite 850  
Birmingham, Alabama 35209  

James D. McLaughlin  
DAVIS & MCLAUGHLIN  
324 East Magnolia Avenue  
Auburn, Alabama 36830  

                                      /s/ Davis B. Whittelsey  
                                      DAVIS B. WHITTELSEY