IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:06-cv-977-MEF |
| MANIFOLD CONSTRUCTION, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is *Defendants' Second Alternative, Motion for Protective Order or, in the Third Alternative, Motion for Discovery Conference* (Doc. 34, filed September 10, 2007).[1]  For good cause, it is

**ORDERED** that the Protective Order is granted to the extent discovery shall be suspended through **October 3, 2007**.  By close of business on **October 4, 2007**, the parties are instructed to contact the chambers of the undersigned to inform the Court whether they settled and if not, to schedule a discovery conference.

It is further **ORDERED** that the deadline for Defendants' response to the Plaintiff's *Motion to Compel* (Doc. 37) is extended to **October 4, 2007**.

---

[1] The District Court has already ruled on the Motion to Dismiss or In the Alternative, Motion to Stay All Proceedings included in the same pleading.  *See* Doc. 44.

DONE this 26th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE