IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:06-cv-977-MEF |
| MANIFOLD CONSTRUCTION, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Defendant's Motion for Discovery Conference (Doc. 34, filed September 10, 2007). For good cause, it is **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the parties shall convene on **October 11, 2007 at 1:00 p.m.** for a telephonic discovery conference and hearing on Plaintiff's *Motion to Compel* (Doc. 37, filed September 20, 2007). The hearing shall be attended by at least one of the attorneys representing each of the parties. Plaintiff shall be responsible for coordinating all the necessary parties on a joint conference call and calling chambers at (334) 954-3740 at the appropriate time.

DONE this 5th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE