IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-cv-977-MEF |
| | ) | |
| MANIFOLD CONSTRUCTION, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO AMEND ANSWER

COME NOW the Defendants, Whittelsey Properties, Inc. and C.S. Whittelsey, IV (collectively referred to herein sometimes as "Whittelsey"), and move this Honorable Court to allow Whittelsey to amend their answer, and as grounds therefore state as follows:

1.  On the 31st day of October, 2006, Plaintiff, Ohio Casualty Insurance Company, filed its complaint for declaratory judgment to determine the rights and obligations of Ohio Casualty under a policy of insurance it issued to Defendants, Manifold Construction, LLC and Jack Manifold (hereinafter collectively referred to as "Manifold").

2.  On the 25th day of July, 2007, Whittelsey filed their answer to Plaintiff's complaint. (Doc. #23).

3.  On the 26th day of July, 2007, Manifold filed their answer the Plaintiff's complaint. (Doc. #25).

4.  On the 11th day of October, 2007, a telephonic discovery conference was held before the Honorable Terry F. Moorer, United States Magistrate Judge, regarding discovery issues. Said hearing ended with the parties being directed to meet for a face-to-face discovery

- 1 -

conference and, if necessary, to meet with Judge Moorer after said face-to-face meeting on the 28th day of November, 2007, if discovery issues were still not resolved.

5. Pursuant to Section 4 of this Honorable Court's Uniform Scheduling Order (Doc. #29), any motions to amend any pleadings are due October 17, 2007.

6. Pursuant to Fed.R.Civ.P. 15, leave to amend "shall be freely given when justice so requires."

7. Due to Plaintiff's failure to produce documents pursuant to legitimate requests, Whittelsey has been unable to review documents that may give rise to additional defenses available to Whittelsey. However, the above stated deadline requires action on Whittelsey's part; therefore, out of an abundance of caution, Whittelsey seeks to amend their answer (Doc. #23) to add certain affirmative defenses and to adopt any and all affirmative defenses asserted by Manifold. Filed herewith as Exhibit A is Whittelsey's proposed amended answer.

8. The parties would not be prejudiced by allowing such an amendment.

WHEREFORE, Whittelsey prays this Honorable Court grant Whittelsey's motion to amend their answer as set forth in Exhibit A hereto.

Respectfully submitted this the 17th day of October, 2007.

          WHITTELSEY, WHITTELSEY & POOLE, P.C.

          /s/ Davis B. Whittelsey
          BY:   DAVIS B. WHITTELSEY (WHI067)
                  E-mail:dwhittelsey@wwp-law.com

          /s/ Robert G. Poole
          BY:   ROBERT G. POOLE (POO014)
                  E-mail:bpoole@wwp-law.com
                  Attorneys for Defendants
                  Post Office Box 106
                  Opelika, Alabama 36803-0106
                  Tel.:   (334) 745-7766
                  Fax:   (334) 745-7666

- 3 -

**CERTIFICATE OF SERVICE**

   I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 17th day of October, 2007.

Christopher Lyle McIlwain
HUBBARD, SMITH, MCILWAIN, BAKERFILED & BROWDER, P.C.
Post Office Box 2427
Tuscaloosa, Alabama 35403

Bradley J. Smith
CLARK, DOLAN, MORSE, ONCALE & HAIR, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, Alabama 35209

James D. McLaughlin
DAVIS & MCLAUGHLIN
324 East Magnolia Avenue
Auburn, Alabama 36830

              /s/ Davis B. Whittelsey
              DAVIS B. WHITTELSEY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-cv-977-MEF |
| | ) | |
| MANIFOLD CONSTRUCTION, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST AMENDED ANSWER**

COME NOW the Defendants, Whittelsey Properties, Inc. and C.S. Whittelsey, IV (collectively referred to herein sometimes as "Whittelsey"), and amend their answer (Doc. #23) to add the following defenses, reserving the right to amend or supplement upon the discovery of additional facts, defenses and/or claims:

1. Whittelsey adopts by reference all defenses pled by Defendants, Manifold Construction, LLC and Jack Manifold, in their answer. (Doc. #25).

2. Whittelsey asserts the Plaintiff has breached the enhanced duty of good faith.

3. Whittelsey asserts the Plaintiff has violated duties owed by an insurance carrier as set forth in *L & S Roofing Supply Co. v. St. Paul Fire & Marine Insurance Co., 521 So.2d 1298 (Ala. 1987).*

4. Whittelsey asserts the Plaintiff has lost the right to assert non-coverage under policy exclusions because it breached the duty of enhanced good faith owed to Defendants, Manifold Construction, LLC and Jack Manifold.

Respectfully submitted this the 17th day of October, 2007.

        WHITTELSEY, WHITTELSEY & POOLE, P.C.

          /s/ Davis B. Whittelsey
BY:   DAVIS B. WHITTELSEY (WHI067)
       E-mail:dwhittelsey@wwp-law.com

          /s/ Robert G. Poole
BY:   ROBERT G. POOLE (POO014)
       E-mail:bpoole@wwp-law.com
       Attorneys for Defendants
       Post Office Box 106
       Opelika, Alabama 36803-0106
       Tel.:   (334) 745-7766
       Fax:   (334) 745-7666

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 17th day of October, 2007.

Christopher Lyle McIlwain
HUBBARD, SMITH, MCILWAIN, BAKERFILED & BROWDER, P.C.
Post Office Box 2427
Tuscaloosa, Alabama 35403

Bradley J. Smith
CLARK, DOLAN, MORSE, ONCALE & HAIR, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, Alabama 35209

James D. McLaughlin
DAVIS & MCLAUGHLIN
324 East Magnolia Avenue
Auburn, Alabama 36830

          /s/ Davis B. Whittelsey
          DAVIS B. WHITTELSEY