IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) CASE NO. 3:06-cv-977-MEF-TFM ) |
| MANIFOLD CONSTRUCTION, L.L.C., *et al.*, | ) ) ) |
| DEFENDANTS. | ) ) |

## **ORDER**

For good cause shown, it is hereby ORDERED that Defendant's Motion to Amend Answer (Doc. # 50) is GRANTED and that Defendant shall be allowed until October 25, 2007, to file an Amended Answer. It is further ORDERED that the Amended Answer shall comply with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama for Civil and Criminal Cases, which provides in pertinent part that "[a]ny amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, *reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference*."

DONE this the 18th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE