IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:06-cv-977-MEF |
| MANIFOLD CONSTRUCTION, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion to Compel* (Doc. 37, filed September 20, 2007). The Court has been informed by Plaintiff's counsel the case has settled in its entirety. As such, for good cause, it is **ORDERED** that the motion is **DENIED as moot**.

DONE this 19th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE