IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:06-cv-977-MEF |
| MANIFOLD CONSTRUCTION, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby **ORDERED** that the parties file a joint stipulation of dismissal on or before **December 7, 2007**.

DONE this 19th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE