IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:06-cv-977-MEF |
| ) | |
| MANIFOLD CONSTRUCTION, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, all Defendants and Counter-Plaintiff, by and through their respective attorneys of record and moves this Honorable Court to dismiss the above referenced action with prejudice and as grounds therefore show unto this Honorable Court as follows:

1. That the parties to the above entitled action have fully and finally settled all disputes involved in this action.

WHEREFORE, Plaintiff, Defendants and Counter/Plaintiff move this Honorable Court to dismiss the above referenced action with prejudice, with cost taxed as paid.

Respectfully submitted this the 10th day of ~~November~~ December, 2007.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

BY: /s/ Davis B. Whittelsey
DAVIS B. WHITTELSEY (WHI067)
Attorney for Whittelsey Properties, Inc.
and C.S. Whittelsey, IV
Whittelsey, Whittelsey & Poole, P.C.
Post Office Box 106
Opelika, Alabama 36803-0106

- 1 -

BY: _____
CHRIS MCILWAIN (MCI002)
Attorney for Ohio Casualty Insurance
Hubbard, Smith, McIlwain & Brakefield, P.C.
Post Office Box 2427
Tuscaloosa, Alabama 35403-2427


BY: _____
JAMES MCLAUGHLIN (MCL027)
Attorney for Manifold Construction, LLC and Jack Manifold
Davis & McLaughlin
324 East Magnolia Avenue
Auburn, Alabama 36830